AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**    DISTRICT OF    **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Wilson Wilfrido Dutan-Dutan
A043 915 218
AKA:

IAE    YOB: 1983
Ecuador
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
FEB 17 2014
Clerk of Court

## CRIMINAL COMPLAINT

Case Number:    M-14-0312-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2014** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Ecuador in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Wilson Wilfrido Dutan-Dutan was encountered by Border Patrol Agents near La Grulla, Texas, on February 15, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 15, 2014, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States for the first time on August 16, 2013, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 7, 2010, the defendant was convicted of Assault 2nd Degree: Intent to Cause Serious Physical Injury and was sentenced to forty-two (42) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

_(signature)_
Signature of Complainant

Sworn to before me and subscribed in my presence,

**February 17, 2014**

Eduardo Cortez    Senior Patrol Agent

_(signature)_

**Dorina Ramos**              , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer